IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CRAIG A. WADE                                                    PETITIONER
ADC #161879

v.                                    No. 4:24-cv-829-DPM

DEXTER PAYNE, Director, ADC                          RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 9*, adopted.  Fed. R. Civ. P.
72(b) (1983 addition to advisory committee notes).  Motion to dismiss,
*Doc. 6*, granted.   Wade's § 2254 petition, *Doc. 2*, will be dismissed with
prejudice.  The Court denies a certificate of appealability.  28 U.S.C.
§ 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_26 September 2025_